IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-01424-DME-BNB | Date: August 27, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| LOU LOU GOSS | *James L. Silverberg* |
| **Plaintiff(s)** | |
| **v.** | |
| PAUL ZUEGER *et al* | *Glenn W. Merrick* |
| **Defendant(s)** | |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 1:34 p.m.

Appearance of counsel.

Argument presented on Defendant's Motion for More Definite Statement [37].

**ORDERED:**  Defendant's Motion for More Definite Statement [37] is DENIED. Defendant has
10 days to answer complaint.

Court in Recess: 1:56 p.m.    Hearing concluded.    Total time in Court: 00:22

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119