IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01424-DME-BNB

LOU LOU GOSS,

Plaintiff,

v.

PAUL ZUEGER,
AMERICAN DESIGN, LTD.,
CLAYTON LANE FINE ARTS LLC,
GALLERY DENVER, INC.,
SOLARIS GALLERY AT VAIL, LLC,
GROVE FINE ARTS LTD.,
ASPEN GROVE FINE ARTS, LTD.,
C ANTHONY GALLERY, INC.,
MASTERS GALLERY AT VAIL, LLC,
BRECKENRIDGE FINE ARTS LLC,
GALERIE ZUGER, LTD., and
JOHN DOES 1-20,

Defendants.

_____

**ORDER**
_____

This matter is before me on the **Motion for More Definite Statement** [Doc. # 37, filed 7/27/2012]. I held a hearing on that motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion for More Definite Statement [Doc. # 37] is DENIED; and

(2)   The defendants shall answer the Complaint on or before **September 6, 2012**.

Dated August 27, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge