IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01424-DME-BNB

LOU LOU GOSS,

Plaintiff,

v.

PAUL ZUEGER,
AMERICAN DESIGN, LTD.,
CLAYTON LANE FINE ARTS LLC,
GALLERY DENVER, INC.,
SOLARIS GALLERY AT VAIL, LLC,
GROVE FINE ARTS LTD.,
ASPEN GROVE FINE ARTS, LTD.,
C ANTHONY GALLERY, INC.,
MASTERS GALLERY AT VAIL, LLC,
BRECKENRIDGE FINE ARTS LLC,
GALERIE ZUGER, LTD., and
JOHN DOES 1-20,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference.  The proposed scheduling order was refused for reasons stated on the record.

IT IS ORDERED that on or before **October 5, 2012**, the parties shall submit a revised proposed scheduling order modified as discussed at the scheduling conference this morning.

1

Dated September 27, 2012.

              BY THE COURT:

              s/ Boyd N. Boland
              United States Magistrate Judge