IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01424-DME-BNB

LOU LOU GOSS,

Plaintiff,

v.

PAUL ZUEGER,
AMERICAN DESIGN, LTD.,
CLAYTON LANE FINE ARTS LLC,
GALLERY DENVER, INC.,
SOLARIS GALLERY AT VAIL, LLC,
GROVE FINE ARTS LTD.,
ASPEN GROVE FINE ARTS, LTD.,
C ANTHONY GALLERY, INC.,
MASTERS GALLERY AT VAIL, LLC,
BRECKENRIDGE FINE ARTS LLC, and
GALERIE ZUGER, LTD.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　This matter is before the Court on the **Unopposed Motion for Leave to File/Serve Amended Answer, Affirmative Defenses, Counterclaims and Third-Party Complaint** [docket no. 56, filed October 12, 2012] (the "Motion").

　　　　IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the attached Amended Answer, Affirmative Defenses, Counterclaims and Third-Party Complaint for filing.


DATED:  October 15, 2012