IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01424-DME-BNB

LOU LOU GOSS,

Plaintiff,

v.

PAUL ZUEGER,
AMERICAN DESIGN, LTD.,
CLAYTON LANE FINE ARTS LLC,
GALLERY DENVER, INC.,
SOLARIS GALLERY AT VAIL, LLC,
GROVE FINE ARTS LTD.,
ASPEN GROVE FINE ARTS, LTD.,
C ANTHONY GALLERY, INC.,
MASTERS GALLERY AT VAIL, LLC,
BRECKENRIDGE FINE ARTS LLC,
GALERIE ZUGER, LTD., and
JOHN DOES 1-20,

Defendants,

v.

THE ESTATE OF EARL V. BISS, JR.,

Third-Party Defendant.

---

## ORDER
---

This matter arises on the **Estate of Earl Biss' Unopposed Motion for Extension of Time** [Doc. # 69, filed 12/26/2012] (the "Motion"). The Motion is signed by Lou Lou Goss as the "personal representative Earl Biss Estate."

Ms. Goss is not a member of the bar of this court. An entity, like the Estate of Earl Biss, may appear only through a lawyer who is a member of this court's bar. D.C.COLO.LCivR

83.3D.  Consequently, Ms. Goss may not represent the estate and may not file pleadings on its behalf.

IT IS ORDERED that the Motion is STRICKEN.

Dated December 27, 2012.

                                          BY THE COURT:

                                           s/ Boyd N. Boland
                                          United States Magistrate Judge