IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | | |
|---|---|---|---|
| Civil Action: | 12-cv-01424-DME-BNB | Date: | January 4, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: | BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| LOU LOU GOSS<br>**Plaintiff(s)** | James L. Silverberg |
| v. | |
| PAUL ZUEGER<br>AMERICAN DESIGN, LTD.<br>CLAYTON LANE FINE ARTS, LLC<br>GALLERY DENVER, INC.<br>SOLARIS GALLERY AT VAIL, LLC<br>GROVE FINE ARTS, LTD.<br>ASPEN GROVE FINE ARTS, LTD.<br>C ANTHONY GALLERY, INC.<br>MASTERS GALLERY at VAIL, LLC<br>BRECKENRIDGE FINE ARTS, LLC<br>GALERIE ZUGER, LTD<br>**Defendant(s)** | *Glenn W. Merrick*<br>*Mark Shaner* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session:  10:34 a.m.

Appearance of counsel. Plaintiff Lou Lou Goss present.

Argument presented on [61] Plaintiff's Motion for Enlargement of Time for Pleading Amendments and Expert Designations and [66] Unopposed Motion to Withdraw as Attorney.

**ORDERED:** **[61] Plaintiff's Motion for Enlargement of Time for Pleading Amendments and Expert Designations is GRANTED IN PART and DENIED IN PART. Motion is denied with respect to amend pleading, and granted with respect to extend deadline for expert disclosure. Expert disclosure deadline extended to February 28, 2013, rebuttal expert disclosure deadline extended to March**

**28, 2013, discovery deadline extended to June 3, 2013, dispositive motion deadline extended to June 3, 2013.**

**[66] Unopposed Motion to Withdraw as Attorney is GRANTED.**

Court in Recess:  11:01 a.m.   Hearing concluded.    Total time in Court: 00:27

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119