IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01424-DME-BNB

LOU LOU GOSS,

Plaintiff,

v.

PAUL ZUEGER,
AMERICAN DESIGN, LTD.,
CLAYTON LANE FINE ARTS LLC,
GALLERY DENVER, INC.,
SOLARIS GALLERY AT VAIL, LLC,
GROVE FINE ARTS LTD.,
ASPEN GROVE FINE ARTS, LTD.,
C ANTHONY GALLERY, INC.,
MASTERS GALLERY AT VAIL, LLC,
BRECKENRIDGE FINE ARTS LLC,
GALERIE ZUGER, LTD., and
JOHN DOES 1-20,

Defendants,

v.

THE ESTATE OF EARL V. BISS, JR.,

Third-Party Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)     **Plaintiff's Motion for Enlargement of Time for Pleading Amendments and**

**Expert Designations** [Doc. # 61, filed 12/10/2012] (the "Motion for Extension"); and

(2)     **Plaintiff's Counsel's Motion to Withdraw** [Doc. # 66, filed 12/21/2012] (the

"Motion to Withdraw").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion for Extension [Doc. # 61] is GRANTED IN PART and DENIED IN PART as follows:

• DENIED insofar as it seeks to extend the deadline to join parties and amend pleadings; and

• GRANTED to extend the deadlines for the disclosure of experts;

(2) The case schedule is modified to the following extent:

**Discovery Cut-Off**: June 3, 2013

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline**: June 3, 2013

**Expert Disclosures**:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 28, 2013

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 28, 2013

**Final Pretrial Conference**: The final pretrial conference set for June 6, 2013, is VACATED and RESET to August 1, 2013, at 10:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than July 25, 2013; and

(3) The Motion to Withdraw [Doc. # 66] is GRANTED. James Lorin Silverberg of

the Intellectual Property Group, PLLC, is relieved of any continuing responsibility in the case. Ms. Goss is cautioned that she is personally responsible for complying with all court orders and time limitations established by any applicable rules.  See D.C.COLO.LCivR 83.3D.

Dated January 4, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge