IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01424-DME-BNB

LOU LOU GOSS,

Plaintiff,

v.

PAUL ZUEGER,
AMERICAN DESIGN, LTD.,
CLAYTON LANE FINE ARTS LLC,
GALLERY DENVER, INC.,
SOLARIS GALLERY AT VAIL, LLC,
GROVE FINE ARTS LTD.,
ASPEN GROVE FINE ARTS, LTD.,
C ANTHONY GALLERY, INC.,
MASTERS GALLERY AT VAIL, LLC,
BRECKENRIDGE FINE ARTS LLC,
GALERIE ZUGER, LTD., and
JOHN DOES 1-20,

Defendants,

v.

THE ESTATE OF EARL V. BISS, JR.,

Third-Party Defendant.
_____

**ORDER**
_____

This matter arises on defendants' **Motion to Strike Third-Party Defendant's Answer and Counterclaim** [Doc. # 84, filed 2/19/2013] (the "Motion to Strike"). In view of the Order Setting Aside Entry of Default [Doc. # 98] entered by the district judge on April 23, 2013,

IT IS ORDERED:

(1)     The Motion to Strike [Doc. # 84] is DENIED;

(2)     The Clerk of the Court is directed to accept for filing the Third-Party Defendant's Answer and Counterclaim [Doc. # 78]; and

(3)     Paul Zueger and American Designs, Ltd., shall answer or otherwise respond to the Counterclaim of Third-Party Defendant the Estate on or before May 30, 2013.

Dated May 16, 2013.

                                                BY THE COURT:

                                                 s/ Boyd N. Boland
                                                United States Magistrate Judge