IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-01424-DME-BNB | Date: June 18, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| LOU LOU GOSS<br>**Plaintiff(s)** | *Thomas D. Neville* |
| v. | |
| PAUL ZUEGER<br>AMERICAN DESIGN, LTD.<br>CLAYTON LANE FINE ARTS, LLC<br>GALLERY DENVER, INC.<br>SOLARIS GALLERY AT VAIL, LLC<br>GROVE FINE ARTS, LTD.<br>ASPEN GROVE FINE ARTS, LTD.<br>C ANTHONY GALLERY, INC.<br>MASTERS GALLERY at VAIL, LLC<br>BRECKENRIDGE FINE ARTS, LLC<br>GALERIE ZUGER, LTD<br>**Defendant(s)** | *Glenn W. Merrick* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:32 a.m.

Appearance of counsel.

Argument presented on [103] Unopposed Motion for Extension of Deadlines to Complete Discovery and File Motions for Summary Judgment.

For reasons stated on the record, it is

**ORDERED:** [103] **Unopposed Motion for Extension of Deadlines to Complete Discovery and File Motions for Summary Judgment is GRANTED.**

**Documents are to be produced by June 25, 2013.  Discovery deadline will be extended.**
**Dispositive Motions deadline extended to September 6, 2013 for defendants to dispose parties, as indicated.**

Argument presented on [109] Plaintiff and Third Party Defendant's Motion for Extension of Discovery Cut-Off Deadline and [112] Third Party Defendant's Motion for Protective Order.

For reasons stated on the record, it is

**ORDERED:**     **[109] Plaintiff and Third Party Defendant's Motion for Extension of Discovery Cut-Off Deadline is GRANTED for purposes of depositions, as indicated on the record.**

**[112] Third Party Defendant's Motion for Protective Order is GRANTED. Responses to written discovery are due by June 19, 2013.**

Court in Recess:  11:22 a.m.   Hearing concluded.     Total time in Court: 00:50

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119