IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01424-DME-BNB

LOU LOU GOSS,

Plaintiff,

v.

PAUL ZUEGER,
AMERICAN DESIGN, LTD.,
CLAYTON LANE FINE ARTS LLC,
GALLERY DENVER, INC.,
SOLARIS GALLERY AT VAIL, LLC,
GROVE FINE ARTS LTD.,
ASPEN GROVE FINE ARTS, LTD.,
C ANTHONY GALLERY, INC.,
MASTERS GALLERY AT VAIL, LLC,
BRECKENRIDGE FINE ARTS LLC,
GALERIE ZUGER, LTD., and
JOHN DOES 1-20,

Defendants,

v.

THE ESTATE OF EARL V. BISS, JR.,

Third-Party Defendant.

_____

**ORDER**
_____

This matter arises on the following:

(1)   Defendants' **Unopposed Motion for Extension of Deadlines to Complete Discovery and File Motions for Summary Judgment** [Doc. # 103, filed 5/30/2013] (the "Defendants' Motion for Extension");

(2)   **Plaintiff and Third-Party Defendant's Motion for Extension of Discovery**

**Cut-Off Deadline** [Doc. # 109, filed 6/3/2013] (the "Plaintiff's Motion for Extension"); and

(3) **Third-Party Defendant's Motion for Protective Order** [Doc. # 112, filed 6/5/2013] (the "Motion for Protective Order").

I held a hearing on these motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Defendants' Motion for Extension [Doc. # 103] is GRANTED as follows:

•On or before **June 25, 2013**, the plaintiff shall produce all non-privileged documents responsive to the defendants' requests for production and all documents which the plaintiff committed at her deposition voluntarily to produce;

•The defendants may have to and including **August 16, 2013**, within which to depose Christopher Goss; to reopen for not more than an additional four hours the deposition of Lou Lou Goss; and to take additional depositions as they may notice provided they do not exceed the numerical limits previously established; and

•The dispositive motion deadline is extended to and including **September 6, 2013**, solely to allow the defendants to file an additional or supplemental motion for summary judgment based on the plaintiff's assignment of the copyrights in suit.

(2) The Plaintiff's Motion for Extension [Doc. # 109] is GRANTED, and the plaintiff may have to and including **August 16, 2013**, within which to depose Mike Olsen and a Rule 30(b)(6) designee of American Design, Ltd.

(3) The Motion for Protective Order [Doc. # 112] is GRANTED, and the third-party defendant may have to and including **June 19, 2013**, within which to respond to Defendants'

First Set of Interrogatories and Requests for Production of Documents to the Estate of Earl V. Biss, Jr.

Dated June 18, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge