IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01424-DME-BNB

LOU LOU GOSS,

Plaintiff,

v.

PAUL ZUEGER,
AMERICAN DESIGN, LTD.,
CLAYTON LANE FINE ARTS LLC,
GALLERY DENVER, INC.,
SOLARIS GALLERY AT VAIL, LLC,
GROVE FINE ARTS LTD.,
ASPEN GROVE FINE ARTS, LTD.,
C ANTHONY GALLERY, INC.,
MASTERS GALLERY AT VAIL, LLC,
BRECKENRIDGE FINE ARTS LLC,
GALERIE ZUGER, LTD., and
JOHN DOES 1-20,

Defendants,

v.

THE ESTATE OF EARL V. BISS, JR.,

Third-Party Defendant.

_____

## ORDER
_____

This matter arises on the **Motion to Withdraw** [Doc. # 122, filed 6/28/2013] by counsel for the plaintiff and third-party defendant.

IT IS ORDERED:

(1)     The Motion to Withdraw [Doc. # 122] is GRANTED.  Michael J. Ogborn, Thomas D. Neville, and Michael P. Cross of Ogborn Mihm, LLP, are relieved of any further

responsibility in the case.

(2) Plaintiff, Lou Lou Goss, may proceed pro se. However, I caution Ms. Goss that she personally is responsible for complying with all court orders and time limitations established by any applicable rules.

(3) Third-party defendant, Estate of Earl V. Biss, Jr., a legal entity, cannot appear without counsel admitted to practice before this court. Absent the entry of appearance of substitute counsel on or before **August 2, 2013**, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against it.

Dated July 11, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge