IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-01424-DME-BNB | Date: September 30, 2013 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| LOU LOU GOSS<br>**Plaintiff(s)** | Thomas L. Adgate |
| v. | |
| PAUL ZUEGER<br>AMERICAN DESIGN, LTD.<br>CLAYTON LANE FINE ARTS, LLC<br>GALLERY DENVER, INC.<br>SOLARIS GALLERY AT VAIL, LLC<br>GROVE FINE ARTS, LTD.<br>ASPEN GROVE FINE ARTS, LTD.<br>C ANTHONY GALLERY, INC.<br>MASTERS GALLERY at VAIL, LLC<br>BRECKENRIDGE FINE ARTS, LLC<br>GALERIE ZUGER, LTD<br>**Defendant(s)** | Glenn W. Merrick<br>Mark K. Shaner |
| ESTATE OF EARL BISS<br>**Third-Party Defendant** | Stephanie Bergner |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 10:27 a.m.

Appearance of counsel.

Argument given on [137] Unopposed Motion for Protective Order Pursuant to F.R.C.P. 26(c), [139] Third Party Defendant's Motion for Protective Order Pursuant to F.R.C.P. 26(c), [143] Motion for Protective Order, [146] Third Party Defendant's Motion for Extension of Time of Discovery Deadline.

For reasons stated on the record, it is

**ORDERED:**     **[137] Unopposed Motion for Protective Order Pursuant to F.R.C.P. 26(c) is DENIED as moot.  Bradley Burnett is to be deposed at the offices of defense counsel in Denver on October 28, 2013, at such time as the parties may agree.**

              **[139] Third Party Defendant's Motion for Protective Order Pursuant to F.R.C.P. 26(c) is DENIED as moot.  Christopher Goss is to be deposed at the offices of Plaintiff's counsel in Aspen on October 11, 2013, in the afternoon.**

              **[143] Motion for Protective Order is GRANTED except as to the deposition of the 30(b)(6) representative of American Design, Ltd.  Representative is to be deposed at the offices of defense counsel in Denver on October 18, 2013, at such time as the parties may agree.**

              **[146] Third Party Defendant's Motion for Extension of Time of Discovery Deadline is DENIED.**

              **Request for attorney's fees is DENIED.**

Court in Recess:  11:33 a.m.   Hearing concluded.    Total time in Court: 01:06

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119