IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01424-DME-BNB

LOU LOU GOSS,

Plaintiff,

v.

PAUL ZUEGER,
AMERICAN DESIGN, LTD.,
CLAYTON LANE FINE ARTS LLC,
GALLERY DENVER, INC.,
SOLARIS GALLERY AT VAIL, LLC,
GROVE FINE ARTS LTD.,
ASPEN GROVE FINE ARTS, LTD.,
C ANTHONY GALLERY, INC.,
MASTERS GALLERY AT VAIL, LLC,
BRECKENRIDGE FINE ARTS LLC, and
GALERIE ZUGER, LTD.,

Defendants,

v.

THE ESTATE OF EARL V. BISS, JR.,

Third-Party Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED:

      (1)    On or before January 15, 2014, the defendants shall submit a status report addressing the status of the bankruptcy of Lou Lou Goss and indicating whether the Bankrutcy Court has granted relief from the automatic stay to allow this action to proceed with respect to the claims and defenses concerning Ms. Goss;

      (2)    A supplemental pretrial conference is set for January 22, 2014, at 10:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver,

Colorado.  The parties shall submit a joint proposed final pretrial order on or before January 15, 2014; and

(3) The **Unopposed Motion for Protective Order** [Doc. # 159] is GRANTED as specified.  In particular, on or before January 15, 2014, the parties shall submit a stipulated motion for the date, time, and place for the deposition of Bradley Burnett

DATED:  November 18, 2013