IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01424-DME

LOU LOU GOSS,

    Plaintiff,

v.

PAUL ZUEGER, *et al.*,

    Defendants,

v.

THE ESTATE OF EARL V. BISS, JR.,

    Third-Party Defendant.

**ORDER REGARDING JOINT STATUS REPORT AND JOINT REQUEST TO HOLD CASE IN ABEYANCE PENDING RESOLUTION OF PROBATE PROCEEDING**

    THIS MATTER, having come before the Court upon the "Joint Status Report and Joint Request to Hold Case in Abeyance Pending Resolution of Probate Proceeding" (the "Joint Request") filed jointly by the parties on April 15, 2014; and,

    THE COURT, having reviewed the Joint Request and the Court's file and having determined that the Joint Request is meritorious and that the relief requested therein should be granted;

    NOW, THEREFORE, the Joint Request is hereby GRANTED as follows:

    1.    The above-captioned case shall be held in abeyance until May 30, 2014 to permit the conclusion of litigation presently being conducted in Case No. 01-PR-1303, Denver Probate Court, State of Colorado, respecting the "Special Administrator's Report" filed in that state court probate proceeding.

    2.    On or prior to May 30, 2014, the parties shall submit a status report to this Court advising of the status of the claims remaining in the captioned proceeding.

Dated:  April 28 , 2014

                BY THE COURT

                *s/ David M. Ebel*
                United States Circuit Judge
                District of Colorado