IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01424-DME

LOU LOU GOSS,

       Plaintiff,

v.

PAUL ZUEGER, *et al.,*

       Defendants,

v.

THE ESTATE OF EARL V. BISS, JR.,

       Third-Party Defendant.

---

**ORDER REGARDING STIPULATION AND JOINT MOTION
TO DISMISS REMAINING CLAIMS WITHOUT PREJUDICE**

---

       THIS MATTER, having come before the Court upon the "Stipulation and Joint Motion to Dismiss Remaining Claims Without Prejudice" (the "Stipulation") filed jointly by the parties on May 30, 2014; and,

       THE COURT, having reviewed the Stipulation and having determined that the Stipulation is meritorious and that the relief requested therein should be granted;

       NOW, THEREFORE, the Stipulation is hereby GRANTED. All of the claims remaining in this case are hereby DISMISSED WITHOUT PREJUDICE, each party to bear its own fees and costs.

       Dated: June 2, 2014

                           BY THE COURT

                           *s/ David M. Ebel*

                           David M. Ebel
                           United States Circuit Judge
                           District of Colorado